UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENDEL REIZES, on behalf of himself and all similarly situated consumers,<br><br>            Plaintiff,<br><br>    - against -<br><br>NORTHLAND GROUP, INC.,<br><br>            Defendant. | Case No. 1:12-cv-2608-MKB-VVP<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against NORTHLAND GROUP, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: September 4, 2012

| | |
|---|---|
| /s/ Adam J. Fishbein<br>Adam J. Fishbein<br>Attorney at Law<br>Attorney for Plaintiff<br>MENDEL REIZES<br>483 Chestnut Street<br>Cedarhurst, New York 11516<br>Phone: (516) 791-4400<br>Fax: (516) 791-4411<br>Email: fishbeinadamj@gmail.com | /s/ Sergio Alves<br>Sergio Alves<br>KAUFMAN BORGEEST & RYAN LLP<br>Attorneys for Defendant<br>NORTHLAND GROUP, INC.<br>200 Summit Lake Drive<br>Valhalla, New York 10595<br>Phone: (914) 449-1000<br>Fax: (914) 449-1100<br>Email: salves@kbrlaw.com |

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

1980401